UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 1 7 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DENNIS HEGYI,

Plaintiff,

vs.

FORD MOTOR COMPANY,

Defendants.

CAUSE NO: 04-C-6132
Judge Amy St. Eve

## NOTICE OF FILING

TO: Charlie J. Harris, Jr.
Julie Westcott
Two Emmanuel Cleaver II Blvd. Suite 500
Kansas City, MO 64112

Notice is hereby given that defendant filed the following documents, copies of which are attached hereto and herewith served upon you:

Plaintiff's Motion to Dismiss

Dated: March 10, 2005

Respectfully submitted,

**Blachly Tabor Bozik & Hartman**

Jennifer L. Ortiz #90785954
56 S. Washington Street, Suite 401
Valparaiso, Indiana 46383
(219) 464-1041

**CERTIFICATE OF SERVICE**

I certify that on the 10 day of March, 2005, that I have mailed by United States Postal Service the document to the following parties of record:

Charlie J. Harris, Jr.
Julie Westcott
Two Emmanuel Cleaver II Blvd. Suite 500
Kansas City, MO 64112

Gretchen N. Miller
Greenberg Traurig, P.C.
77 West Wacker Drive
Chicago, IL 60601

Jennifer L. Ortiz

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
MAR 1 7 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DENNIS HEGYI,**

**Plaintiff,**

**vs.** **CAUSE NO: 04-C-6132**
**Judge Amy St. Eve**

**FORD MOTOR COMPANY,**

**Defendants.**

**PLAINTIFF'S MOTION TO DISMISS**

Comes now the plaintiff, by counsel, Jennifer L. Ortiz of the law firm Blachly Tabor Bozik & Hartman, LLC and, hereby voluntarily dismisses the above-captioned case as to the Defendant. Each party is to bear its own legal costs.

Respectfully submitted,

**Blachly Tabor Bozik & Hartman**

Jennifer L. Ortiz #90785954
56 S. Washington Street, Suite 401
Valparaiso, Indiana 46383
(219) 464-1041

**CERTIFICATE OF SERVICE**

I certify that on the 10 day of March, 2005, that I have mailed by United States Postal Service the document to the following parties of record:

Charlie J. Harris, Jr.
Julie Westcott
Two Emmanuel Cleaver II Blvd. Suite 500
Kansas City, MO 64112

Gretchen N. Miller
Greenberg Traurig, P.C.
77 West Wacker Drive
Chicago, IL 60601

Jennifer L. Ortiz